IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,      CR-S-05-0380 GGH

 vs.

RALPH E. GADDIS,

   Defendant.    <u>ORDER</u>
_____/

    Given the travel involved, the court has decided to honor the waiver of appearance.  Therefore, Mr. Gaddis need not appear at the trial confirmation hearing on October 19, 2005.

DATED: 10/6/05

        /s/ Gregory G. Hollows
       _____
        GREGORY G. HOLLOWS
        UNITED STATES MAGISTRATE JUDGE

gaddis380.ord3

1