UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:05-cr-00380-GGH |
| Plaintiff, | ORDER TO DISMISS |
| v. | |
| RALPH E. GADDIS, | |
| Defendant. | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:05-cr-00380-GGH without prejudice is GRANTED.

IT IS SO ORDERED.

Dated: April 22, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE